FILED
CHARLOTTE, NC

JUL 11 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:19mj229 |
| | ) | |
| v. | ) | **ORDER TO SEAL THE** |
| | ) | **CRIMINAL COMPLAINT** |
| SAMUEL CARL PEGG JR. | ) | |
| | ) | UNDER SEAL |

UPON MOTION of the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, for an order directing that the Criminal Complaint and any associated affidavits, warrants, writs, processes or other orders docketed in connection with that Criminal Complaint be sealed immediately, and that same remain sealed until further order of this Court, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the above-captioned case be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 11th day of July 2019.

_____
THE HON. DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE